WILLIAM HUNKINS *versus* JOHN PALMER & *als.*

A bond, taken on mesne process, conditioned that the principal shall, " within fifteen days *after the last day of the term* of the Court at which judgment shall be rendered, notify the creditor, &c., to attend his disclosure, is not saved by notice to the creditor within fifteen days *after judgment* but *before the last day of the term* of Court, at which it is rendered, and a disclosure upon such notice.

ON REPORT. DEBT on a bond given on arrest on mesne process. The condition of the bond was, " if the said Palmer shall, within fifteen days after the last day of the term of the Court at which final judgment against him in said suit, notify the creditor," &c. The other facts in the case are stated in the opinion.

*O'Donnell*, for the plaintiff.

*Howard & Strout*, for the defendant.

The opinion of the Court was drawn up by

TENNEY, C. J.—The R. S. of 1841, c. 148, § 17, provides that a bond may be taken upon the arrest of a person upon r ꞈsne process, conditioned that, if the principal therein will, ꞈthin fifteen days after the last day of the term of the Court aꞈ which the judgment shall be rendered in such suit, notify the creditor, &c., to attend at a certain place in the county, and at a time to be fixed, within thirty days after such notice, and not less than fifteen days, for the purpose of disclosure and examination, &c.

At the October term, 1857, the defendant in the action was defaulted. Judgment was rendered November 11, 1857, and, on December 10, 1857, the October term was finally adjourned. The citation to the creditor was issued November 14, 1857, to attend at a place fixed, on December 8, 1857, when the debtor submitted himself to examination before the magistrates selected, and made disclosure, and was discharged.

The citation could not legally issue before the 11th day of December. That, in this case, was prematurely issued and was without effect. *Defendants defaulted;—*

*Judgment for plaintiff, for such sum in damages*
*as shall be found due on a hearing in chancery.*

RICE, APPLETON, GOODENOW and KENT, JJ., concurred.